**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Maira Moux, <br><br> Plaintiff, <br><br> v. <br><br> Virtuoso Sourcing Group, LLC; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 1:15-cv-12341-MBB |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: August 11, 2015

    Respectfully submitted,

    PLAINTIFF, Maira Moux

    /s/ Sergei Lemberg

    Sergei Lemberg, Esq.
    B.B.O. No.: 650671
    **LEMBERG LAW, L.L.C.**
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 11, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Sergei Lemberg_____
                  Sergei Lemberg